## ILLINOIS CENTRAL RAILROAD COMPANY v. BROWN.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF TENNESSEE.

No. 632. Submitted February 4, 1895. — Decided March 4, 1895.

*McLish* v. *Roff*, 141 U. S. 661, and *Chicago, St. Paul &c. Railway* v. *Roberts*, 141 U. S. 690, affirmed to the point that this Court has no jurisdiction to

review in error or on appeal, in advance of the final judgment in the cause on the merits, an order of the Circuit Court of the United States remanding the cause to the state court from which it had been removed to the Circuit Court.

MOTION to dismiss.

*Mr. Josiah Patterson* for the motion.

*Mr. H. W. McCorry* opposing.

THE CHIEF JUSTICE: The writ of error is dismissed upon the authority of *Railway Company* v. *Roberts*, 141 U. S. 690, and *McLish* v. *Roff*, 141 U. S. 661.                    *Dismissed.*